IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENVISAGE DEVELOPMENT PARTNERS, LLC, et al.,

    Plaintiffs,

    v.

PATCH OF LAND LENDING, LLC, et al.,

    Defendants.

Case No. 17-cv-03971-CRB

**SCHEDULING ORDER**

Defendants have filed two motions in this case: a motion to withdraw the bankruptcy reference (dkt. 1) and a motion to compel arbitration (dkt. 5). In the interest of judicial efficiency, the Court set both motions to be heard on the same date, September 1, 2017. See Clerk's Notice (dkt. 6). Plaintiffs' response to the motion to withdraw the reference was due by July 28, 2017; their response to the motion to compel was due on August 4, 2017. See Clerk's Notice (dkt. 4); Mot. to Compel (dkt. 5). Neither set of Plaintiffs responded to either motion. The Court reached out to counsel for both sets of Plaintiffs, and has heard from both that they will file a response by noon on Tuesday, August 15, 2017. Accordingly, the Court ORDERS as follows:

Counsel for both sets of Plaintiffs shall file responses to both motions by noon on Tuesday, August 15, 2017.[1] Should either set of Plaintiffs fail to timely respond to the motions, the Court will issue an order to show cause why the case should not be dismissed for failure to prosecute. Defendants may file their reply briefs by Friday, August 25, 2017.

---

[1] Plaintiffs may file a joint response, but the Court will not assume that a response from just one set of Plaintiffs applies to the other.

The Court VACATES the current hearing date of September 1, 2017, and SETS a new hearing date of <u>September 22, 2017</u>.

**IT IS SO ORDERED.**

Dated: August <u>11</u>, 2017

_____
CHARLES R. BREYER
United States District Judge