STEVEN N. RICHMAN, State Bar No. 101267
NAMI R. KANG, State Bar No. 227954
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California 90067-2512
Telephone: (310) 785-0885
Facsimile: (310) 785-0787
E-Mail: *srichman@erlaw.com*
*nkang@erlaw.com*

Attorneys for Defendants Patch of Land
Lending, LLC and Michael Ray

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ENVISAGE DEVELOPMENT PARTNERS, LLC, a California limited liability company, MARK ROWSON, an individual, and MICHELE ROWSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>PATCH OF LAND LENDING, LLC, a Delaware Limited Liability Company, MICHAEL RAY, an individual, and DOE 1 through DOE 100, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-03971-CRB<br><br>**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**<br><br>*The Honorable Charles R. Breyer*<br><br>TRIAL DATE: None Set |

**ORDER APPROVING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE**

The Court, having read and considered the Stipulation between Plaintiffs Envisage Development Partners, LLC, Mark Rowson and Michele Rowson (collectively, "Plaintiffs") and Defendants Patch of Land Lending, LLC and Michael Ray (collectively, "Defendants") to dismiss all claims against Defendants, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned proceeding is dismissed as against all Defendants with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his or its own fees and costs incurred in connection with the within proceeding.

DATED: November 16, 2017

_____
The Honorable Charles R. Breyer